IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHAD HAGER                                                                                      PLAINTIFF

v.                                          No. 3:15-cv-114-DPM

KINDER MORGAN, INC.                                                                DEFENDANT

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 July 2015